Robert J. Wolfe, Esq. (State Bar No. 131582)
ENGSTROM, LIPSCOMB & LACK
10100 Santa Monica Boulevard, 16th Floor
Los Angeles, CA 90067
PH: 310-552-3800
FX: 310-552-9434

Attorneys for Plaintiff
KUNTZ MFG. CO., INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KUNTZ MFG. CO., INC., a California corporation | CASE NO. SA08CV00868 AG (ANx) |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | Trial: October 4, 2011 |
| BIOSITE INCORPORATED, a Delaware corporation, and DOES 1 through 10, | Pre-Trial Conference: September 19, 2011 |
| Defendant. | |

**TO THE HONORABLE COURT:**

　　　PLEASE TAKE NOTICE that the above-referenced action settled on August 29, 2011.

　　　The parties are working together to prepare the final settlement documentation, release of claims and, release of all liens filed and/or served in the instant matter.

　　　The matter is currently set for a Pre-trial Conference on September 19, 2011. The parties expect to have the settlement documentation, releases and lien releases completed and executed prior to said date. The parties expect to have their stipulated dismissal filed prior to the Pre-trial Conference. The parties are working diligently to bring this matter to a timely

1   conclusion.

2          Should the Court require any additional information or wish to discuss any aspect of

3   this matter, the parties will make themselves available to the Court.

4

5   Dated:  August 29 , 2011                    ENGSTROM, LIPSCOMB & LACK

6

7                                          By:

8                                             ROBERT J. WOLFE
                                              Attorneys for Plaintiff
9                                             KUNTZ MFG. CO., INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF SETTLEMENT
*Kuntz MFG. Co, Inc. v. Biosite,Inc., et al.*                          CASE NO. SACV08-00868 AG (ANx)