NIZAMIAN & NIZAMIAN, LLP
Raffi Nizamian, Esq. (SBN 193197)
Omid Nosrati, Esq. (SBN 216350)
3055 Wilshire Boulevard, Suite 630
Los Angeles, California 90010
Telephone: (213) 487-7150
Facsimile: (213) 487-7160

Attorneys for Judgment Creditor,
DIAPRO A.S.,
a Foreign Corporation and
Successor-In-Interest to Fortis Finansal
Kiralama A.S.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KUNTZ MFG. CO., INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> BIOSITE INCORPORATED, a Delaware corporation, and DOES 1 through 10, <br><br> Defendant. | CASE NO. SACV08-00868 AG (ANx) <br><br> **DISMISSAL AND RELEASE OF LIEN** |

DIAPRO A.S. hereby dismisses its Notice of Lien, filed previously with this Court on June 23, 2011, and acknowledges that such lien is hereby released and dissolved.

DATED: September 16, 2011

NIZAMIAN & NIZAMIAN, LLP

By: _____
Raffi Nizamian
Attorney for Plaintiff,
DIAPRO A.S.